UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:14CR00113 JAR (NCC) |
| MALIK MUHAMMED, | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE ON BEHALF OF DEEFENDANT

COMES NOW Malik Muhammed, through counsel Michael A. Bert, and respectfully requests that the above cause be continued from it's present trial setting of September 29, 2014. In support thereof, defendant states as follows:

1. Counsel has a conflict in that counsel has been called out for trial in State of Missouri v. Lorenzo Jones in the Circuit Court for the City of St. Louis in 1322-CR03627-01 on charges of Murder in the First Degree, Armed Criminal Action, Assault First Degree, and Armed Criminal Action.

2. The defendant has been awaiting trial on his case in the Circuit Court for the City of St. Louis for over 5 years and was featured in the St. Louis Post Dispatch.

3. Counsel was contacted by the St. Louis Circuit Courts on September 23, 2014 and informed that the case was called out and assigned to a trial court for Monday September 29, 2014.

4. The defendant previously waived his right to a speedy trial.

5. Counsel has been in contact with Andrew Lay, Assistant United States Attorney who objects to the request for continuance.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the above cause be removed from the present trial setting of September 29, 2014 and continued to a new trial date.

Respectfully submitted,

 s/ *Michael A. Bert*
MICHAEL BERT, #49994MO
Attorney for Defendant
1520 Washington Avenue, Suite 226
Saint Louis, Missouri 63103

Phone (314) 540-8454  
Fax   (314) 727-2869  
michael.bert@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on    September 24, 2014   , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

                            Office of the United States Attorney  
                            Andrew Lay, Assistant United States Attorney  
                            111 South Tenth Street, 20.333  
                            St. Louis, MO 63102

                             s/ *Michael A. Bert*  
                                MICHAEL BERT, #49994